IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nou Lee, Bor Pha,<br><br>          Plaintiffs,<br><br>     v.<br><br>Yia Yang; Yia Yang d.b.a. Yia's Auto Sales; Yia Yang d.b.a. Plantinum Financial; Yia's Auto Sales, Inc.; and Great American Insurance Company,<br><br>          Defendants.<br>_____ | 2:12-cv-01580-GEB-DAD<br><br>ORDER |

This is a putative class action, which was removed from state court on June 12, 2012. The parties filed separate Status Reports on September 17, 2012, and September 18, 2012, in which they present different proposed schedules. (ECF Nos. 24, 28.)

The parties' proposals for seeking class certification are impracticable in light of the length of time that this action has been pending and the Court's obligation to "determine by order whether to certify the action as a class action" at "an early practicable time[.]" Fed. R. Civ. P. 23(c)(1). Therefore, Plaintiffs shall file a motion for class certification on or before March 18, 2013. The motion shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

1

Further, the Status (Pretrial Scheduling) Conference set for October 1, 2012, is continued to May 13, 2013, at 9:00 a.m. A **JOINT** status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge