IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Nou Lee, Bor Pha,                        )
                                         )      2:12-cv-1580-GEB-DAD
                    Plaintiffs,          )
                                         )
          v.                             )      ORDER DENYING LEAVE TO AMEND
                                         )
Yia Yang, Yia Yang d.b.a. Yia's         )
Auto Sales, Yia Yang d.b.a.             )
Platinum Financial, Yia's Auto          )
Sales, Inc., Great American             )
Insurance Company,                      )
                                         )
                    Defendants.          )
_____

          Plaintiffs moves for leave under Federal Rule of Civil

Procedure ("Rule") 15 to file a second amended complaint. However,

Plaintiffs have failed "to attach the document proposed to be filed as

an exhibit to [these] moving papers seeking such leave," as required

under the local rule. E.D. Cal. R. 137(c). Therefore, Plaintiff's motion

(ECF No. 44) is denied.

Dated:  March 28, 2013

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge

1