IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nou Lee, Bor Pha,<br><br>       Plaintiffs,<br><br>    v.<br><br>Yia Yang, Yia Yang d.b.a. Yia's Auto Sales, Yia Yang d.b.a. Platinum Financial, Yia's Auto Sales, Inc., Great American Insurance Company,<br><br>       Defendants. | 2:12-cv-1580-GEB-DAD<br><br>ORDER DENYING LEAVE TO AMEND |

      Plaintiffs moves for leave under Federal Rule of Civil Procedure ("Rule") 15 to file a second amended complaint. However, Plaintiffs have failed "to attach the document proposed to be filed as an exhibit to [these] moving papers seeking such leave," as required under the local rule. E.D. Cal. R. 137(c). Therefore, Plaintiff's motion (ECF No. 44) is denied.

Dated:  March 28, 2013

                                  GARLAND E. BURRELL, JR.
                                  Senior United States District Judge