THE COSTA LAW FIRM
Daniel P. Costa, SBN 110919
2489 Sunrise Blvd., Suite A
Gold River, CA 95670
Telephone: (916) 400-2734
Fascimile: (916)400-2744
Email: dpc@costalaw.net

Attorneys for Defendants
Yia Yang, Yia Yang dba Yia's Auto Sales, Yia Yang dba Platinum Financial, & Yia's Auto Sales, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BOR PHA and NOU LEE, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY; and DOES 3 through 10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01580-TLN-DAD<br><br>**REQUEST AND STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE; PROPOSED ORDER**<br><br>Settlement Conference: October 11, 2013<br>Time:      9:30 a.m.<br>Dept:      24<br>Judge:     Hon. Carolyn K Delaney |

The Parties hereto request and stipulate that this Court continue the Settlement Conference from its presently-ordered date of October 11, 2013, to November 25, 2013.

The parties submit that there is good cause for this request because of the following circumstances:

1.   On October 6, 2013, Daniel Costa, counsel for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES, YIA YANG dba PLATINUM FINANCIAL, and YIA's AUTO SALES, INC. suffered a loss in his immediate family. The funeral service is scheduled to take place on

---

REQUEST AND STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; PROPOSED ORDER                                       Case 2:12-cv-01580--DAD

October 11, 2013.

2. On October 7, 2013, Daniel Costa contacted counsel for all parties and informed them of this situation. All parties agreed to a continuance given the circumstances.

3. On October 9, 2013, Hon. Carolyn Delaney's clerk advised that this Settlement Conference could be continued to November 25, 2013, at 9:30 a.m.

4. In an effort to alleviate the conflict arising from this circumstance, the parties submit the following request and stipulation.

REQUEST AND STIPULATION

That the Settlement Conference be continued from October 11, 2013, to November 25, 2013.

IT IS SO STIPULATED:

Dated: October 9, 2013                    **THE COSTA LAW FIRM**

                                          By:  /s/ Daniel P. Costa
                                               DANIEL P. COSTA
                                               Attorney for Defendants
                                               Yia Yang; Yia Yang dba Yia's Auto
                                               Sales, Yia Yang dba Platinum Financial

Dated: October 9, 2013                    **KEMNITZER, BARRON AND KRIEG**

                                          By:  /s/ Bryan Kemnitzer
                                               BRYAN KEMNITZER, Esq.
                                               Attorney for Plaintiffs

Dated: October 9, 2013                    **LAW OFFICES OF JOHN L. FALLAT**

                                          By:  /s/ John Fallat
                                               JOHN FALLAT, Esq.
                                               Attorney for Defendant
                                               Great American Insurance Company

Dated: October 9, 2013                    **EIMER STAHL, LLP**

                                          By:  /s/ Michael McCluggage
                                               MICHAEL McCLUGGAGE, Esq.

Attorney for Defendant
Great American Insurance Company

IT IS SO ORDERED.

Dated:  October 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE