THE COSTA LAW FIRM
Daniel P. Costa, SBN 110919
2489 Sunrise Blvd., Suite A
Gold River, CA 95670
Telephone: (916) 400-2734
Fascimile: (916)400-2744
Email: dpc@costalaw.net

Attorneys for Defendants
Yia Yang, Yia Yang dba Yia's Auto Sales, Yia Yang dba Platinum Financial, & Yia's Auto Sales, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BOR PHA and NOU LEE, individuals<br><br>          Plaintiffs,<br><br>    vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY; and DOES 3 through 10, inclusive,<br><br>          Defendants. | Case No. 2:12-cv-01580-TLN-DAD<br><br>**REQUEST AND STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE; PROPOSED ORDER**<br><br>Settlement Conference: October 11, 2013<br>Time:       9:30 a.m.<br>Dept:       24<br>Judge:     Hon. Carolyn K Delaney |

The Parties hereto request and stipulate that this Court continue the Settlement Conference from its presently-ordered date of November 25, 2013, to March 24, 2014, or a later date to be determined by this court.

The parties submit that there is good cause for this request because of the following circumstances:

1.      On November 6, 2013, counsel for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES, YIA YANG dba PLATINUM FINANCIAL, and YIA's AUTO SALES, INC. was informed by YIA YANG that the Hmong New Year takes place November 25 - 27,

2013, and therefore he would be not able to attend the Settlement Conference scheduled for November 25, 2013.

    2. On November 7, 2013, Daniel Costa's office contacted counsel for all parties and informed them of this situation. All parties agreed to a continuance given the circumstances.

    3. On November 7, 2013, Hon. Carolyn Delaney's clerk advised that this Settlement Conference could be continued to March 24, 2014, at 9:30 a.m.

    4. In an effort to alleviate the conflict arising from this circumstance, the parties submit the following request and stipulation.

REQUEST AND STIPULATION

That the Settlement Conference be continued from November 25, 2013, to March 24, 2014, or a later date to be determined by this court.

IT IS SO STIPULATED:

Dated: November 11, 2013          **THE COSTA LAW FIRM**

By: /s/ Daniel P. Costa
    DANIEL P. COSTA
    Attorney for Defendants
    Yia Yang; Yia Yang dba Yia's Auto
    Sales, Yia Yang dba Platinum Financial

Dated: November 11, 2013          **KEMNITZER, BARRON AND KRIEG**

By: /s/ Bryan Kemnitzer
    BRYAN KEMNITZER, Esq.
    Attorney for Plaintiffs

Dated: November 11, 2013          **LAW OFFICES OF JOHN L. FALLAT**

By: /s/ John Fallat
    JOHN FALLAT, Esq.
    Attorney for Defendant
    Great American Insurance Company

1  IT IS SO ORDERED.

3  Dated: November 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE