LAW OFFICES OF JOHN L. FALLAT
John L. Fallat (State Bar No. 114842)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone:  (415) 457-3773
Facsimile:    (415) 457-2667
Email:  jfallat@fallat.com

EIMER STAHL LLP
Michael L. McCluggage, Esq. (admitted *pro hac vice*)
Email: mmccluggage@eimerstahl.com
Brent R. Austin (admitted *pro hac vice*)
Email: baustin@eimerstahl.com
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7665
Facsimile: (312) 692-1718

*Attorneys for Defendant Great American Insurance Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BOR PHA and NOU LEE, individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY; and DOES 3 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 2:12-cv-01580-GEB-DAD**<br>**Removed Case No.  34-2011-00098805**<br><br>CLASS ACTION<br><br>**STIPULATED ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION (SEVENTH CAUSE OF ACTION)** |

WHEREAS, the Court issued an order (the "Order") on February 19, 2014 permitting the plaintiffs to refile their motion to certify the class as to the Seventh Cause of Action for a claim on the surety bond;

WHEREAS, pursuant to the Order, Plaintiffs filed a motion for class certification on February 25, 2014 with a noticed hearing date of March 27, 2014;

WHEREAS, due to multiple scheduling conflicts, the parties agreed to continue the settlement conference before Magistrate Judge Carolyn K. Delaney from October 11, 2013 to March 24, 2014;

WHEREAS, the motion for class certification on the Seventh Cause of Action may become moot if a settlement is reached at the settlement conference;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

The motion for class certification currently set for March 27, 2014 is continued to May 22, 2014 at 2:00 p.m. in Courtroom 2, 15th Floor before the Honorable Troy L. Nunley.

IT IS SO STIPULATED.

Dated:  March 4, 2014		KEMITZER, BARRON & KRIEG, LLP

			___/S/ AMY TAY_____
			AMY TAY
			*Attorney for Plaintiff*
			*Bor Pha, Nou Lee and the putative class*

STIPULATED ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION (SEVENTH CAUSE OF ACTION)

Dated: March 4, 2014				THE COSTA LAW FIRM

						___/S/ DANIEL P. COSTA_____
						DANIEL P. COSTA
						*Attorneys for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES, YIA YANG dba PLATINUM FINANCIAL and YIA'S AUTO SALES, INC.*

Dated: March 4, 2014				LAW OFFICES OF JOHN L. FALLAT

						___/S/ JOHN L. FALLAT_____
						JOHN L. FALLAT
						Attorneys for Defendant
						*GREAT AMERICAN INSURANCE COMPANY*

IT IS SO ORDERED.

Dated: March 6, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATED ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION (SEVENTH CAUSE OF ACTION)