LAW OFFICES OF JOHN L. FALLAT
John L. Fallat (State Bar No.114842)
Email: jfallat@fallat.com
Timothy J. Tomlin (State Bar No. 142294)
Email: ttomlin@fallat.com
999 Fifth Avenue, Suite 590
San Rafael, CA 94901
Telephone:  (415) 457-3773
Facsimile:   (415) 457-2667


EIMER STAHL LLP
Michael L. McCluggage, Esq. (admitted *pro hac vice*)
Email: mmccluggage@eimerstahl.com
Brent R. Austin (admitted *pro hac vice*)
Email: baustin@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Email: baustin@eimerstahl.com

Telephone: (312)660-7665
Facsimile: (312) 692-1718

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOR PHA and NOU LEE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLATINUM FINANCIAL; YIA'S AUTO SALES INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive.<br><br>　　　　　Defendants.<br><hr>GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Cross-claimant and<br>　　　　　Third party plaintiff, | Case No.  2:12-CV-01580-GEB-DAD<br><br>**REQUEST TO SEAL CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OF DEFENDANT/CROSS-COMPLAINANT GREAT AMERICAN INSURANCE COMPANY**<br><br>**DATE: March 24, 2014**<br>**TIME:  9:30 a.m.**<br>**COURTROOM   24,  Honorable Carolyn K. Delaney** |

NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OF DEFENDANT/CROSS-COMPLAINANT GREAT AMERICAN INSURANCE COMPANY

1

1 | vs.  )
2 | BOR PHA; NOU LEE; CALIFORNIA  )
DEPARTMENT OF MOTOR VEHICLES, )
3 |  )
4 |  Counter-defendants  )

PLEASE TAKE NOTICE that GREAT AMERICAN INSURANCE COMPANY inadvertently filed the Confidential Settlement Conference Statement instead of the Notice of Submission. The document is number 125. Therefore, we respectfully request that document 125 be sealed.

Dated: March 17, 2014

/S/ John L. Fallat_____
JOHN L. FALLAT
TIMOTHY J. TOMLIN
Attorneys for Defendant/Cross-complainant
GREAT AMERICAN INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED:

Document 125 labeled as the Notice of Submission is hereby sealed.

**Dated: March 19, 2014**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT OF DEFENDANT/CROSS-COMPLAINANT GREAT AMERICAN INSURANCE COMPANY

2