KEMNITZER, BARRON AND KRIEG
BRYAN KEMNITZER         Bar No. 066401
NANCY BARRON            Bar No. 099278
AMY TAY                 Bar No. 252600
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
Attorneys for BOR PHA, NOU LEE and the putative class

THE COSTA LAW FIRM
DANIEL P. COSTA         Bar No. 110919
2489 Sunrise Blvd., Ste. A
Gold River, CA  95670
Telephone:  (916) 400-2734
Facsimile:  (916) 400-2744
Attorneys for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES, YIA YANG dba PLATINUM FINANCIAL and YIA'S AUTO SALES, INC.

LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT          Bar No. 114842
999 Fifth Ave., Ste. 590
San Rafael, CA  94901-2994
Telephone:  (415) 457-3773
Facsimile:  (415) 457-2667
Attorneys for Defendant GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOR PHA and NOU LEE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive<br><br>                    Defendants.<br>_____/ | **Case No. 2:12-cv-01580-TLN-DAD**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] STIPULATED ORDER ALLOWING THE CONTINUANCE OF DATE FOR FILING MOTION FOR PRELIMINARY APPROVAL** |

1

[PROPOSED] STIPULATED ORDER ALLOWING THE CONTINUANCE OF DATE FOR FILING MOTION FOR PRELIMINARY APPROVAL

The Court, having received and reviewed the Stipulation to Continue Date for Filing Motion for Preliminary Approval filed on May 22, 2014, based on the stipulation and good cause appearing, hereby Orders that the deadline for the Plaintiffs to file a Motion for Preliminary Approval is continued to June 22, 2014.

IT IS SO ORDERED.

Dated:  May 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE