LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No.114842)
TIMOTHY J. TOMLIN (State Bar No. 142294)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone:  (415) 457-3773
Facsimile:   (415) 457-2667


EIMER STAHL LLP
Michael L. McCluggage, Esq. (admitted *pro hac vice*)
Email: mmccluggage@eimerstahl.com
Brent R. Austin (admitted *pro hac vice*)
Email: baustin@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Email: baustin@eimerstahl.com

Telephone: (312)660-7665
Facsimile: (312) 692-1718

*Attorneys for Defendant Great American Insurance Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOR PHA and NOU LEE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLATINUM FINANCIAL; YIA'S AUTO SALES INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive.<br><br>                    Defendants.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>                    Counter-claimant,<br><br>vs.<br><br>BOR PHA; NOU LEE; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>                    Counter-defendants. | Case No.  2:12-CV-01580-GEB-DAD<br><br>**ORDER RELEASING INTERPLED FUNDS** |

1. The Court, having reviewed the stipulation of the parties after a judicially supervised settlement conference on March 24, 2014 before the Honorable Carolyn K. Delaney, part of said settlement agreement calling for the release of the $50,000.00 in interpled funds to the plaintiffs and the class, having reviewed the stipulation of the parties related thereto, good cause appearing IT IS HEREBY ORDERED, that the clerk of the court is hereby directed to release the $50,000.00 interpled by Great American Insurance Company and any interest generated thereon to "Kemnitzer, Barron and Krieg in trust for plaintiffs Bor Pha and Nou Lee and the certified class."

Dated: May 22, 2014

                                        Troy L. Nunley
                                      United States District Judge