KEMNITZER, BARRON AND KRIEG
BRYAN KEMNITZER		Bar No. 066401
NANCY BARRON		Bar No. 099278
AMY TAY			Bar No. 252600
445 Bush St., 6th Floor
San Francisco, CA  94108
Telephone:  (415) 632-1900
Facsimile:  (415) 632-1901
Attorneys for BOR PHA, NOU LEE and the putative class

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOR PHA and NOU LEE,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive<br><br>　　　　　　　Defendants.<br>_____/ | **Case No. 2:12-cv-01580-TLN-DAD**<br><br>CLASS ACTION<br><br>**ORDER DISMISSING COMPLAINT AS TO DEFENDANT GREAT AMERICAN INSURANCE COMPANY WITH PREJUDICE** |

　　　　This Court, having reviewed the DECLARATION OF BRYAN KEMNITZER

REQUESTING DISMISSAL OF COMPLAINT AS TO DEFENDANT GREAT AMERICAN

INSURANCE COMPANY WITH PREJUDICE, and good cause appearing, hereby orders as

follows:

//

//

The complaint of Plaintiffs BOR PHA and NOU LEE is hereby DISMISSED, with prejudice, as to Defendant GREAT AMERICAN INSURANCE COMPANY.

IT IS SO ORDERED.

Dated: July 8, 2014

_____
Troy L. Nunley
United States District Judge