LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No.114842)
TIMOTHY J. TOMLIN (State Bar No. 142294)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone:  (415) 457-3773
Facsimile:   (415) 457-2667


EIMER STAHL, LLP
Michael L. McCluggage, Esq. (admitted *pro hac vice*)
Email: mmccluggage@eimerstahl.com
Brent R. Austin (admitted *pro hac vice*)
Email: baustin@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, Illinois  60604
Email: baustin@eimerstahl.com
Tel:  (312) 660-7664
Fax: (312) 692-1718

Attorneys for Defendant and Counter-Claimant
Great American Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOR PHA and NOU LEE,<br><br>     Plaintiffs,<br><br>vs.<br><br>YIA YANG; YIA YANG dba YIA'S AUTO SALES; et al.,<br><br>     Defendants.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>     Counter-claimant,<br><br>vs.<br><br>BOR PHA; NOU LEE; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>     Cross-defendants. | Case No.  2:12-CV-01580-TLN-DAD<br><br>CLASS ACTION<br><br>**ORDER DISMISSING COUNTER-CLAIM AND CROSS-CLAIM BY DEFENDANT GREAT AMERICAN INSURANCE COMPANY WITH PREJUDICE** |

This Court having reviewed the Declaration of John L. Fallat requesting dismissal of the counter-claim in interpleader and cross-claim filed by defendant Great American Insurance Company with prejudice, and good cause appearing, hereby orders as follows:

The counter-claim in interpleader and the cross-claim filed by Great American Insurance Company are hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: July 14, 2014

Troy L. Nunley
United States District Judge

CERTIFICATE OF SERVICE

I, ROXANNE CULLEN, declare that I am not a party to this action, am over the age of 18 years, maintain a business address at 999 Fifth Avenue, Suite 590, San Rafael, California 94901-2994, and that on the date shown below, I caused to be served the documents listed herein on the persons listed herein.

I filed electronically the document listed below, using the above-captioned Court's electronic case filing service.  Counsel of Record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

**DOCUMENTS SERVED:**

**[PROPOSED] ORDER DISMISSING COUNTER-CLAIM AND CROSS-CLAIM FILED BY DEFENDANT GREAT AMERICAN INSURANCE COMPANY WITH PREJUDICE**

**SERVED UPON:**

| | |
|---|---|
| Bryan Kemnitzer, Esq. | Daniel P. Costa, Esq. |
| Nancy Barron, Esq. | The Costa Law Firm |
| Amy Tay, Esq. | 2489 Sunrise Blvd., Suite A |
| Kemnitzer, Barron and Krieg | Gold River, CA 95670 |
| 445 Bush St., 6th Floor | Tel: (916) 400-2734 |
| San Francisco, CA 94108 | Fax: (916) 400-2744 |
| Tel: (415) 632-1900 | Email: dpc@costalaw.net |
| Fax: (415) 632-1901 | *Attorneys for Yia Yang, Yia Yang dba Yia's Auto* |
| Email: bryan@kbklegal.com | *Sales, Yia Yang dba Platinum financial, Yia's Auto* |
| *Attorneys for Bor Pha, Nou Lee and the putative* | *Sales, Inc.* |
| *class* | |

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed on the date stated below, at San Rafael, California.

DATED:        July 11, 2014                    _____ s/s ROXANNE CULLEN
                                                                    ROXANNE CULLEN