UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOR PHA and NOU LEE, | Case No.  2:12-cv-01580-TLN-DAD |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | **INJUNCTION** |
| YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLATINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive, | **Date:  May 7, 2015**<br>**Time:  1:30 p.m.**<br>**Courtroom 2, 15th Floor**<br>**Hon. Troy L. Nunley** |
| Defendants. | |
| _____/ | |

The Settlement Agreement entered into by the parties to this case having been considered by this Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Defendants YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLATINUM FINANCIAL; and YIA'S AUTO SALES, INC., by operation of state law, shall and hereby are enjoined and restrained from taking any further steps to collect or retain any interest from Class Members at a rate in excess of the parties' contractual interest rate stated in Class Members' vehicle purchase contracts with Defendants.  Defendants YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLATINUM FINANCIAL; and YIA'S AUTO SALES, INC.,  shall immediately cease and shall not resume any such collection efforts and are hereby

ORDERED to return any interest that Class Members have paid to Defendants at a rate that is in excess of the parties' contractual interest rate.

The parties waive any requirement of a bond of undertaking and none shall be required. No person who has notice of this Injunction shall fail to comply with it nor shall any person subvert the Injunction by any sham, indirection or other artifice.

**IT IS SO ORDERED.**

Dated:  August 17, 2015

Troy L. Nunley
United States District Judge