1  KEMNITZER, BARRON AND KRIEG
   BRYAN KEMNITZER        Bar No. 066401
2  NANCY BARRON           Bar No. 099278
   ELLIOT CONN            Bar No. 279920
3  445 Bush St., 6th Floor
   San Francisco, CA 94108
4  Telephone: (415) 632-1900
   Facsimile: (415) 632-1901
5  Attorneys for BOR PHA, NOU LEE and the putative class

6  THE COSTA LAW FIRM
   DANIEL P. COSTA        Bar No. 110919
7  2489 Sunrise Blvd., Ste. A
   Gold River, CA 95670
8  Telephone: (916) 400-2734
   Facsimile: (916) 400-2744
9  Attorneys for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES, YIA YANG dba
   PLATINUM FINANCIAL and YIA'S AUTO SALES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOR PHA and NOU LEE, | **Case No. 2:12-cv-01580-TLN-DAD** |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | **STIPULATION AND ORDER REGARDING DISTRIBUTION OF RESIDUAL TO ALTERNATIVE *CY PRES* RECIPIENTS** |
| YIA YANG; YIA YANG dba YIA'S AUTO SALES; YIA YANG dba PLANTINUM FINANCIAL; YIA'S AUTO SALES, INC.; GREAT AMERICAN INSURANCE COMPANY and DOES 3 through 10, inclusive | |
| Defendants. | |

1  WHEREAS, the parties to the above matter entered into a Settlement Agreement which was
2  preliminarily approved by the Court on January 7, 2015;
3  WHEREAS, the Court entered a final approval order granting class action settlement on
4  August 17, 2015;
5  WHEREAS, the parties have carried out the terms of the Settlement Agreement and the Court
6  Order;
7  WHEREAS, the checks were sent out by Heffler Claims Group with a letter in Hmong,
8  explaining the check as being from a settlement and that it should be cashed;
9  WHEREAS, the checks have now past their stale date;
10  WHEREAS, the current balance in the class administrator's account is 98,902.39;
11  WHEREAS, there are outstanding invoices for class administration in the amount of
12  $15,656.53;
13  WHEREAS, after deduction for the costs of class administration, there is a remaining
14  $83,245.86 for distribution to the *cy pres* recipient;
15  WHEREAS, the parties had agreed and the Court had approved as the *cy pres* recipient the
16  Hmong Woman's Heritage;
17  WHEREAS, the parties have attempted to locate the Hmong Woman's Heritage, but have
18  determined that the organization is no longer in existence, that its website is no longer up, and the
19  phones have been disconnected;
20  WHEREAS, the parties therefore believe it is appropriate to select alternative recipient for *cy*
21  *pres;*
22  WHEREAS, the parties believe the California Rural Legal Assistance Foundation and the
23  California Rural Legal Assistance would be appropriate recipients.
24  THE PARTIES STIPULATE AS FOLLOWS:
25  Based upon the fact that the Hmong Women's Heritage Association is no longer in existence,
26  its website is down, and the phones have been disconnected, the parties stipulate the appropriate
27  alternative recipients of the *cy pres* after payment of class administration is the California Rural Legal
28

Assistance Foundation and the California Rural Legal Assistance are appropriate recipients and should receive *cy pres* in equal amounts.

IT IS SO STIPULATED.

Dated:  November 10, 2016	KEMNITZER, BARRON & KRIEG, LLP


By:	/s/ *Bryan Kemnitzer*
	BRYAN KEMNITZER
	Attorneys for Plaintiff


Dated:  September___, 2016	THE COSTA LAW FIRM


By:	_____
	DANIEL P. COSTA
	Attorneys for Defendants YIA YANG, YIA YANG dba YIA'S AUTO SALES and YIA'S AUTO SALES, INC.

## **ORDER**

The Court, having reviewed the stipulation of the parties and good cause appearing, it is ordered as follows:

From the current balance in the account of $98,902.39, Heffler Claims Group is to be paid $15,656.53 for class administration.

Heffler Claims Group is to distribute the remaining residual of $83,245.86 divided equally in the amount of $41,622.93 in checks made out to the California Rural Legal Assistance Foundation and the California Rural Legal Assistance.

SO ORDERED.

Dated: November 16, 2016

_____
Troy L. Nunley
United States District Judge

3